IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RUBY TUCKER**                                                                                      **PLAINTIFF**

v.                                    **CASE NO. 4:25-CV-00083-BSM**

**MONROE COUNTY**
**HUMAN DEVELOPMENT CENTER**                                        **DEFENDANT**

### ORDER

Ruby Tucker's motion to withdraw admissions [Doc. No. 21] is granted because the withdrawal promotes the presentation of the case on the merits and does not prejudice Monroe County Human Development Center. *See Quasius v. Schwan Food Co.*, 596 F.3d 947, 951 (8th Cir. 2010) (citing Fed. R. Civ. P. 36(b)) (Courts may allow withdrawal of admissions if it would "promote the presentation of the merits of the action" and "not prejudice the requesting party. . ."); *see also F.D.I.C. v. Prusia*, 18 F.3d 637, 640 (8th Cir. 1994) (courts should focus on the effect upon litigation and prejudice to the moving party, rather than focusing on the non-moving party's excuses). Monroe County's motion to deem requests for admission admitted [Doc. No. 14] and motion to strike Tucker's untimely responses to its requests for admission [Doc. No. 22] are denied as moot.

IT IS SO ORDERED this 21st day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE